## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**BINH VAN NGUYEN,**
        **Petitioner,**

**vs.**                                                             **3:04cv359/MCR/MD**

**JAMES CROSBY,**
        **Respondent.**
                                                          /

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 16, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

The petition for writ of habeas corpus (doc. 1) challenging the convictions and sentences in *State of Florida v. Binh Van Nguyen*, in the Circuit Court of Escambia County, Florida, case no. 01-5644, is DENIED and the clerk is directed to close the file.

DONE AND ORDERED this 1st day of July, 2005.


                                        **s/** *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**